**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
**F I L E D**

MAY 27 2...

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 6:21-032-REW

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

V.                          **ORDER SEALING INDICTMENT,**
                    **MOTION, AND SUBSEQUENT PLEADINGS**

**PATRICK BAKER**                                              **DEFENDANT**

\* \* \* \* \*

The Court ORDERS that the motion of the United States to seal is GRANTED, and the indictment, the motion to seal, this order, and subsequent pleadings shall remain UNDER SEAL pending further order of the Court.

On this 27/ day of ____May____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Copy: Jenna E. Reed, Assistant United States Attorney