Eastern District of Kentucky
**F I L E D**

MAY ? 7 2021

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

CRIMINAL ACTION NO. 6:21-032-REW

UNITED STATES OF AMERICA                                    PLAINTIFF

V.            **ORDER FOR ISSUANCE OF AN ARREST WARRANT**

PATRICK BAKER                                              DEFENDANT

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of an arrest

warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, Patrick Baker.

On this 27th day of ___May___, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:     United States Marshal
            United States Probation
            Jenna E. Reed, Assistant United States Attorney